| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Law Offices Of: Michael Cosentino<br>P.O. Box 129<br>Alameda, CA 94501<br>*Telephone No:* 510 523-4702    *FAX No:* 510 747-1640 | *For Court Use Only*<br><br>**FILED**<br>JUL 2 5 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |
| *Attorney for:* Plaintiff    *Ref. No. or File No.:* USA v Tuia aka Tupou | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT DISTRICT

*Plaintiff:* United States of America
*Defendant:* Galdine T. Tuia aka Galdine Tupou

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08-2499 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons (And) Complaint; Ecf Registration Information Handout

3. a. Party served:           Galdine T. Tuia aka Galdine Tupou
   b. Person served:         Mr. Tupou - Spouse

4. Address where the party was served:    5063 Pitta Court
                                          Oakley, CA  94561

5. I served the party:
   b. **by substituted service.** On: Tue., Jul. 15, 2008 at: 4:11PM by leaving the copies with or in the presence of:
      Mr. Tupou - Spouse
   (2) **(Home)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., Jul. 15, 2008 from: San Bruno, CA
   ~~(5) I attach a declaration of diligence stating actions taken first to attempt personal service.~~

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. A'Tiffa Wilson                                d. **The Fee** for Service was:   $55.00
   b. **S&R Services**                              e. I am: (3) registered California process server
      851 Cherry Avenue #27-105                        (i)   Owner
      San Bruno, CA  94066                             (ii)  Registration No.:
      c. (650) 794-1923, FAX (650) 794-1943            (iii) County:           San Mateo

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Jul. 22, 2008

Judicial Council Form POS-010            PROOF OF SERVICE            (A'Tiffa Wilson)
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                                micos.5201